IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHOATE CONSTRUCTION  :
COMPANY, :
  :
    Plaintiff, :
  :
v. :
  :
FIRST SPECIALTY INSURANCE :    CIVIL ACTION NO.
CORPORATION, :    1:16-CV-4025-AT
  :
    Defendant. :

## **ORDER**

The Court **GRANTS** the parties' Consent Motion to Stay [Doc. 19] and **STAYS** and **ADMINISTRATIVELY CLOSES**[1] this case. The parties are **DIRECTED** to file a joint stipulation of dismissal or a joint motion to reopen within sixty (60) days. The Clerk is **DIRECTED** to resubmit this matter to the undersigned in sixty (60) days in the event this matter has not been dismissed via stipulation.

**IT IS SO ORDERED** this 11th day of May, 2017.

_____
**Amy Totenberg**
**United States District Judge**

---

[1] Administrative closure is a docket control device that does not prejudice the parties. Either party may move to reopen an administratively closed case at any time.